**Entered on Docket**
**August 04, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: August 04, 2008**

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 08-30154 TEC |
| RICHARD L. HATFIELD, | ) Chapter 7 |
| Debtor. | ) |

### MEMORANDUM RE EMPLOYMENT OF MARK BENSON

The court held a hearing on August 1, 2008 on trustee's amended motion for authority to employ Mark Benson as real estate broker. Jean Barnier appeared for trustee. James H. Seymour appeared for Jennifer Moore. Ms. Moore objected to trustee's employment of Mr. Benson on the basis of the listing price at which Mr. Benson and trustee intend to list the real property for sale. Neither party brought witnesses to the hearing.

The court has reviewed the declarations filed by John MacConaghy and Mr. Benson in support of Mr. Benson's employment and the declarations of Karin Bird and Nancy Ahnemann in opposition to Mr. Benson's employment. The court finds no factual basis to

MEMO RE EMPLOYMENT OF MARK BENSON

-1-

1 | sustain Ms. Moore's objection to Mr. Benson's employment, or to
 2 | instruct the trustee regarding the listing price of the properties.
 3 | Any objection regarding sale price can be raised if and when the
 4 | trustee filed a motion to perform a contract to sell the real
 5 | property.

**\*\*END OF MEMORANDUM\*\***

**MEMO RE EMPLOYMENT OF MARK BENSON**

1 **<u>Court Service List</u>**

2

3 Janina M. Elder

4 P.O. Box 158
  Middletown, CA 95461
5

6 James H. Seymour, Esq.

7 706 Cowper Street
  Palo Alto, CA 94301

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MEMO RE EMPLOYMENT OF MARK BENSON**

-3-